No. 1000. JULIAN MUNSURI, APPELLANT, *v.* C. O. LORD, TRUSTEE, ETC. Appeal from the District Court of the United States for Porto Rico. Motion to dismiss submitted April 28, 1913. Decided May 12, 1913. *Per Curiam.* Appeal dismissed for the want of jurisdiction. *Mr. Frederic R. Coudert* and *Mr. Howard Thayer Kingsbury* for the appellant. *Mr. N. B. K. Pettingill* and *Mr. Wm. H. Hawkins* for the appellee.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF MRS. WILBUR R. FORCE ET AL., PETITIONERS. Submitted May 12, 1913. Decided May 26, 1913. Motion for leave to file petition for writs of mandamus and certiorari denied. *Mr. S. H. King* for the petitioner.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF EDWARD H. PATTERSON, PETITIONER. Submitted May 26, 1913. Decided June 10, 1913. Motion for leave to file petition for a writ of mandamus denied. *Mr. George Whitefield Betts, Jr.,* for the petitioner.